# UNITED STATES DISTRICT COURT 021-M-01
## FOR THE
### EASTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA
vs.

CHEEK, RONNIE W

| Violation Notice Number(s) | Violation Date(s) |
|---|---|
| P0316883 | 11/01/2005 |
| EV66 | |
| DRIVE W/SUSPENDED LIC | |

*Defendant.*

TO ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER:

# WARRANT OF ARREST

FILED
FEB 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

You are hereby commanded to arrest and bring the above named defendant forthwith before the next available United States Magistrate Judge to answer to the above stated charge(s).

- Collateral in the Amount of $ ____**MANDATORY**____ may be Forfeited in Lieu of Appearance.

Date __2/13/01__

United States Magistrate Judge
**BARRY R. PORETZ**

---

## RETURN

| RECEIVED | DATE 02-01-2007 | LOCATION |
|---|---|---|

*EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT.*

| | DATE 02-01-2007 | LOCATION |
|---|---|---|

Name __DAVID BALDWIN__ Title __SDUSM__ District __016__
Date __02-01-2007__ Signature __David Baldwin__

07-021-M-01

# United States District Court
## Violation Notice

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| P 0316883 | Wag | 65 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 11/01/05 1318 | 36 CFR 4.2 / 46.2-309 |

Place of Offense: N/B CLMPR 1st overlook

Charge Description: OAS

### DEFENDANT INFORMATION

Last Name: Cheek   First Name: Rookie   M.I.: V

DL No.: 05-365393   DL State: VA

### VEHICLE DESCRIPTION VIN

Tag No.: — | State: Va | Year: 85 | Make/Model: Buck/Ldsw | Color: Blk

☒ A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT
☐ B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT

**PAY THIS AMOUNT →** $ _____ Forfeiture Amount + $25 Processing Fee = Total Collateral Due

**YOUR COURT DATE**
Date: 1/19/06   Time: 09:00

X Defendant Signature

---

P 0316883

**FILED**
FEB 0 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____ 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

_____
_____
_____
_____

The foregoing statement is based upon
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on _____ Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on _____ Date (mm/dd/yyyy)   US Magistrate Judge

CVR Scan 11/17/2005 15:25:57



IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. P0316883/EV66 |
| v. ) | |
| ) | |
| RONNIE WILLIS CHEEK ) | |
| ) | |
| ) | |

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

I, Scott M. Grimard, being duly sworn, hereby depose and state:

1. I am currently employed by the United States Park Police and have been for over (17) seventeen years. During this period of time, I have received training in the enforcement of various Federal, state and local laws and regulations.

2. This affidavit is in support of probable cause for a summons to be issued for RONNIE WILLIS CHEEK. This affidavit is based upon my personal knowledge and experience and on information provided to me by other law enforcement officials, including Officer Ari Wong of the United States Park Police.

3. On November 1, 2005 at approximately 1:18 p.m. Officer Wong observed a black BMW sedan with a Virginia license plate of illegally parked along the west curb at the first

overlook on the George Washington Memorial Parkway, in the Eastern District of Virginia. Officer Wong observed a white male that was repeatedly entering and exiting the vehicle. The operator was identified by Officer Wong as RONNIE WILLIS CHEEK through his Virginia Identification card.

4. CHEEK stated to Officer Wong that he had been driving northbound on the parkway and noticed that a black piece of plastic had become dislodged from the driver side door. He said that he had pulled into the overlook to attempt to replace the plastic piece. CHEEK told Officer Wong he was nervous because his license may be suspended.

5. Officer Wong checked CHEEK's permit through the United States Park Police Communications section and they advised that CHEEK's Virginia drivers license was suspended.

6. RONNIE CHEEK was issued a citation with a mandatory court appearance for January 19, 2006. CHEEK failed to appear on that date. Contact was attempted by Sergeant Scott Grimard through phone numbers provided by CHEEK with negative results.

7. Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about November 1, 2005, on the George Washington Memorial Parkway, in the Eastern District of Virginia, RONNIE WILLIS CHEEK, did unlawfully, drive a motor vehicle on a highway in the Commonwealth of

2

Virginia while his driver's license, learner's permit or privilege to drive a motor vehicle has been suspended or revoked in violation of Title 36 Code of Federal Regulations, Section 4.2, adopting Title 46.2, code of Virginia, Section 301 (B).

Scott M. Grimard, Sergeant
United States Park Police

Sworn to and subscribed before
me this 10th day of February 2006

Karen Spinks
Notary Public for Commonwealth of Virginia
My Commission expires: January 31, 2008
Alexandria, Virginia

*Probable Cause Found*
*2/13/06*

3



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. | Violation Notice Number(s) | Violation Date(s) |
|---|---|---|
| CHEEK, RONNIE W | P0316883 | 11/01/2005 |
|  | EV66 |  |
|  | DRIVE W/SUSPENDED LIC |  |
| *Defendant.* |  |  |

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ _____**MANDATORY**_____ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

Sincerely,

UNITED STATES MARSHAL

| PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS |
|---|

BY _____
DEPUTY UNITED STATES MARSHAL

DATE OF NOTICE:
PHONE:

294/66



# UNITED STATES DEPARTMENT OF JUSTICE
UNITED STATES MARSHALS SERVICE

## EASTERN DISTRICT OF VIRGINIA

| UNITED STATES OF AMERICA vs. CHEEK, RONNIE W  *Defendant.* | Violation Notice Number(s) P0316883 EV66  DRIVE W/SUSPENDED LIC | Violation Date(s) 11/01/2005 |
|---|---|---|

## • NOTICE BEFORE ARREST •

Please be advised that the United States Marshals Service has received a warrant issued by a United States Magistrate Judge for your arrest, based upon the above charges.

Pursuant to law, it is the responsibility of the United States Marshals Service to execute the warrant and to arrest and present you before the United States Magistrate Judge. Accordingly, this is a final notice that collateral in the amount of $ __**MANDATORY**__ may be forfeited in lieu of your arrest by forwarding payment to the CLERK, U.S. DISTRICT COURT, in the enclosed self-addressed envelope.

If we have not received your remittance within ten (10) days from the date of this notice, you will be subject to arrest.

Your prompt attention to this matter would be appreciated.

COURT APPEARANCE REQUIRED         BETWEEN 8:30-2:00
401 Courthouse Square              MON-FRI
Alexandria, VA 22314
                                   Sincerely,
                                   John Hackman, Acting
                                   UNITED STATES MARSHAL

PLEASE BE SURE TO INCLUDE YOUR VIOLATION NOTICE NUMBER, DATE ISSUED AND REFERENCE TO PERSON FINE IS BEING PAID FOR IF OTHER THAN PAYER ON ALL CHECKS OR MONEY ORDERS

BY  JANICE BROWN  *Brown*  FOR
    DEPUTY UNITED STATES MARSHAL
    ROB HAASE

DATE OF NOTICE: 02/16/2006
        PHONE: 703-837-5501/451-2001 ex156

COPY II: U.S. MARSHALS SERVICE DISTRICT OFFICE SUSPENSE AND RECORD COPY